UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON K. MILBRAND,

    Plaintiff,

vs.

Case No. 17-13237
HON. GEORGE CARAM STEEH

UNITED STATES DEPARTMENT
OF LABOR, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO ACCEPT FLASH DRIVE (DOC. 9)

Plaintiff Jon K. Milbrand filed a complaint against the Occupational Safety and Health Administration and the United States Department of Labor on October 3, 2017. (Doc. 1). Plaintiff filed a motion for summary judgment on January 4, 2018. (Doc. 8). In his motion for summary judgment, plaintiff referred to a flash drive that he intended to submit to support his argument and provide information for the statistics referenced in his motion. (Doc. 8 at PageID 108). Plaintiff subsequently filed a "motion to accept flash drive" on January 8, 2018. (Doc. 9). Plaintiff states that the flash drive contains spreadsheets, pdf files, and Microsoft word documents. (Doc. 9 at PageID 319). For the reasons stated below, plaintiff's motion is DENIED.

The Court cannot accept a flash drive. *See* E.D. Mich. L.R. 5.1(d). Pursuant to Local Court rule 5.1(d)(1) exhibits "filed electronically must comply with the court's ECF policies and procedures." Exhibits not filed electronically, like "bulky exhibits," "must be securely bound or fastened and clearly marked with the case number and the name of the judge to whom the case is assigned." E.D. Mich. L.R. 5.1(d)(2). A flash drive does not comport with either of this accepted methods of filing exhibits.

If plaintiff wants the Court to consider the information on the flash drive while considering his motion for summary judgment, he must comply with E.D. Mich. L.R. 5.1(d). For example, plaintiff may print out the documents on the flash drive and submit them to the Court to be filed as he did with his motion for summary judgment.

IT IS SO ORDERED.

Dated: January 11, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 11, 2018, by electronic and/or ordinary mail and also on Jon K. Milbrand, 5722 Brookside Lane, Washington, MI 48094.

s/Barbara Radke
Deputy Clerk